UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUIRY ALCANTARA,

                              Petitioner,

              -against-

WILLIAM F. KEYSER,

                              Respondent.

20-CV-3099 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 22, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice to the pending action under docket number 20-CV-3079 (ER). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   April 22, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge